**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA,
*Plaintiff,*

vs.

CRIMINAL NUMBER:  21-320 (ADC)

CARLOS COTTO-CRUZ,
*Defendant.*

**DECLARATION UNDER PENALTY OF PERJURY**

I, Carlos Cotto-Cruz, of legal age and resident of Orocovis, Puerto Rico, pursuant to the provisions of 28 U.S.C. § 1746, declare as follows:

1.      On May 7, 2021, during the morning hours, I was at the home I resided in at Barrio Gato, Orocovis with a female companion.

2.      We were sleeping in the bedroom. I heard noises outside. I realized it was agents. I got out of bed and proceeded to the doorway of the bedroom, which is next to the living room. The agents broke down the door.

3.      The agents ordered me to the ground and handcuffed me immediately in the living room. I surrendered without incident.

4.      The female companion came to the bedroom door, which looks out onto the living room, and the agents intervened with her immediately, without incident. We were taken outside and placed in separate areas of the property.

5.      The agents then proceeded to search my entire home. The agents also used a K-9. The search took hours.

1

2

6.    Eventually the agents placed me in a patrol car and drove me to the police station. Later, I was interviewed by federal agents.

7.    The house is in Barrio Gato, Orocovis, Puerto Rico. The house is rented, and I was living in the home in the months prior to my arrest.

8.    The home has a living room, entry way, dining area, kitchen, three bedrooms, two bathrooms, a long driveway, a small yard, and deck.

9.    I am not proficient in English, but my lawyer translated this affidavit verbatim into Spanish, and I agree and fully subscribe to its contents.

10.    The statements contained in this affidavit are only for purposes of seeking suppression hearing.

11.    I certify under penalty of perjury that the foregoing is true and correct. In witness thereof, I subscribe this unsworn statement under penalty of perjury in MDC Guaynabo, Puerto Rico, this 14 day of February, 2022.

CARLOS M. COTTO-CRUZ

2