# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

v.

**CARLOS MANUEL COTTO-CRUZ (1)**

**GOVERNMENT'S EXHIBIT LIST**

Case Number:   3:21-CR-00320 (ADC)

| PRESIDING JUDGE | GOVERNMENT'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Bruce J. McGiverin | Corinne Cordero, AUSA | Atty. Francisco Adams |
| **SUPPRESSION HEARING DATE:** <br> May 25, 2023, June 6, 2023, and June 9, 2023 | **COURT REPORTER** <br> DCR/ Courtroom 11 | **COURTROOM DEPUTY** <br> **Beatriz Garratón** <br> **Reina Alvarez** |

| GOV. DOC. NUMBER | DATE OFFERED | MARKED AS | DATE ADMITTED AS AN EXH | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|
| 1 | 5/25/2023 | EXH 1 | 5/25/2023 | Signed Lease Contract |
| 1A | 5/25/2023 | EXH 1 | 5/25/2023 | Signed Lease Contract – Certified Translation |
| 2 | 5/25/2023 | EXH 2 | 5/25/2023 | Photo Rifle, Ammo, Debit Card & Drug Packing Material |
| 4 | 5/25/2023 | EXH 4 | 5/25/2023 | Photo of property outside |
| 5 | 5/25/2023 | EXH 5 | 6/06/2023 | Photo of property outside |
| 5A | 6/6/2023 | EXH 5A | 6/06/2023 | Print screen image of EXH 5 with witness markings |
| 5B | 6/6/2023 | EXH 5B | 6/06/2023 | Print screen image of EXH 5 with witness markings |
| 6 | 5/25/2023 | EXH 6 | 5/25/2023 | Photo of property outside |
| 8 | 5/25/2023 | EXH 8 | 6/06/2023 | Photo of property outside |
| 9 | 5/25/2023 | EXH 9 | 6/06/2023 | Photo of property outside |
| 10 | 5/25/2023 | EXH 10 | 5/25/2023 | Photo of the bathroom |
| 11 | 5/25/2023 | EXH 11 | 5/25/2023 | Photo of the bathroom |
| 12 | 5/25/2023 | EXH 12 | 5/25/2023 | Photo of the bathroom |
| 13 | 5/25/2023 | EXH 13 | 5/25/2023 | Photo of the bathroom |
| 14 | 5/25/2023 | EXH 14 | 6/06/2023 | Photo of the bathroom |
| 15 | 5/25/2023 | EXH 15 | 6/06/2023 | Photo of the bathroom |
| 16 | 5/25/2023 | EXH 16 | 6/06/2023 | Photo of the bathroom |

| 17 | 5/25/2023 | EXH 17 | 6/06/2023 | Photo of the bathroom |
|---|---|---|---|---|
| 18 | 5/25/2023 | EXH 18 | 6/06/2023 | Photo of the bathroom |
| 19 | 5/25/2023 | EXH 19 | 6/06/2023 | Photo of the bathroom |
| 20 | 5/25/2023 | EXH 20 | 6/06/2023 | Photo of the bathroom |
| 21 | 5/25/2023 | EXH 21 | 6/06/2023 | Photo of the bathroom |
| 22 | 5/25/2023 | EXH 22 | 6/09/2023 | Photo of Family Dining Area |
| 23 | 5/25/2023 | EXH 23 | 5/25/2023 | Photo of Family Dining Area |
| 24 | 5/25/2023 | EXH 24 | 5/25/2023 | Photo of Family Dining Area |
| 25 | 5/25/2023 | EXH 25 | 5/25/2023 | Photo of Family Dining Area |
| 26 | 5/25/2023 | EXH 26 | 5/25/2023 | Photo of Family Dining Area |
| 26A | 5/25/2023 | EXH 26A | 5/25/2023 | Print screen image of EXH 26 with witness markings |
| 27 | 5/25/2023 | EXH 27 | 5/25/2023 | Photo of Family Dining Area |
| 28 | 5/25/2023 | EXH 28 | 6/09/2023 | Photo of Family Dining Area |
| 29 | 5/25/2023 | EXH 29 | 6/09/2023 | Photo of Family Dining Area |
| 30 | 5/25/2023 | EXH 30 | 6/09/2023 | Photo of Family Dining Area |
| 31 | 5/25/2023 | EXH 31 | 6/09/2023 | Photo of Family Dining Area |
| 32 | 5/25/2023 | EXH 32 | 6/09/2023 | Photo of Family Dining Area |
| 33 | 5/25/2023 | EXH 33 | 6/09/2023 | Photo of Family Dining Area |
| 34 | 5/25/2023 | EXH 34 | 6/09/2023 | Photo of Family Dining Area |
| 35 | 5/25/2023 | EXH 35 | 6/09/2023 | Photo of Family Dining Area |
| 36 | 5/25/2023 | EXH 36 | 6/09/2023 | Photo of Family Dining Area |
| 37 | 5/25/2023 | EXH 37 | 6/09/2023 | Photo of Family Dining Area |
| 38 | 5/25/2023 | EXH 38 | 6/09/2023 | Photo of Family Dining Area |
| 39 | 5/25/2023 | EXH 39 | 6/09/2023 | Photo of Family Dining Area |
| 40 | 5/25/2023 | EXH 40 | 6/09/2023 | Photo of Family Dining Area |
| 41 | 5/25/2023 | EXH 41 | 6/09/2023 | Photo of Family Dining Area |
| 42 | 5/25/2023 | EXH 42 | 6/09/2023 | Photo of Family Dining Area |
| 43 | 5/25/2023 | EXH 43 | 6/09/2023 | Photo of Family Dining Area |
| 44 | 5/25/2023 | EXH 44 | 6/09/2023 | Photo of Family Dining Area |
| 45 | 5/25/2023 | EXH 45 | 6/09/2023 | Photo of Family Dining Area |
| 46 | 5/25/2023 | EXH 46 | 6/09/2023 | Photo of Family Dining Area |

| 47 | 5/25/2023 | EXH 47 | 6/09/2023 | Photo of the Kitchen and Counter |
|---|---|---|---|---|
| 48 | 5/25/2023 | EXH 48 | 6/09/2023 | Photo of the Kitchen and Counter |
| 49 | 5/25/2023 | EXH 49 | 6/09/2023 | Photo of the Kitchen and Counter |
| 50 | 5/25/2023 | EXH 50 | 6/09/2023 | Photo of the Kitchen and Counter |
| 51 | 5/25/2023 | EXH 51 | 6/09/2023 | Photo of the Kitchen and Counter |
| 52 | 5/25/2023 | EXH 52 | 6/09/2023 | Photo of the Kitchen and Counter |
| 53 | 5/25/2023 | EXH 53 | 6/06/2023 | Photo of the back room |
| 54 | 5/25/2023 | EXH 54 | 6/06/2023 | Photo of the back room |
| 54A | 6/6/2023 | EXH 54A | 6/06/2023 | Print screen image of EXH 54 with witness markings |
| 55 | 5/25/2023 | EXH 55 | 6/06/2023 | Photo of the back room |
| 56 | 5/25/2023 | EXH 56 | 6/06/2023 | Photo of the back room |
| 57 | 5/25/2023 | EXH 57 | 6/06/2023 | Photo of the room on the left |
| 58 | 5/25/2023 | EXH 58 | 6/06/2023 | Photo of the room on the left |
| 59 | 5/25/2023 | EXH 59 | 6/06/2023 | Photo of the room on the left |
| 60 | 5/25/2023 | EXH 60 | 6/06/2023 | Photo of the room on the left |
| 61 | 5/25/2023 | EXH 61 | 6/06/2023 | Photo of the room on the left |
| 62 | 5/25/2023 | EXH 62 | 6/06/2023 | Photo of the room on the left |
| 63 | 5/25/2023 | EXH 63 | 6/06/2023 | Photo of the room on the left |
| 64 | 5/25/2023 | EXH 64 | 6/06/2023 | Photo of the room on the left |
| 65 | 5/25/2023 | EXH 65 | 6/06/2023 | Photo of the room on the left |
| 66 | 5/25/2023 | EXH 66 | 6/06/2023 | Photo of the room on the left |
| 67 | 5/25/2023 | EXH 67 | 6/06/2023 | Photo of the room on the left |
| 68 | 5/25/2023 | EXH 68 | 6/06/2023 | Photo of the room on the left |
| 69 | 5/25/2023 | EXH 69 | 6/06/2023 | Photo of the room on the left |
| 70 | 5/25/2023 | EXH 70 | 6/06/2023 | Photo of the room on the left |
| 71 | 5/25/2023 | EXH 71 | 6/06/2023 | Photo of the room on the left |
| 72 | 5/25/2023 | EXH 72 | 6/06/2023 | Photo of the room on the left |
| 73 | 5/25/2023 | EXH 73 | 6/06/2023 | Photo of the room on the left |
| 74 | 5/25/2023 | EXH 74 | 6/06/2023 | Photo of the room on the left |
| 75 | 5/25/2023 | EXH 75 | 6/06/2023 | Photo of the room on the left |
| 76 | 5/25/2023 | EXH 76 | 6/06/2023 | Photo of the room on the left |

| 77 | 5/25/2023 | EXH 77 | 6/06/2023 | Photo of the room on the left |
| 78 | 5/25/2023 | EXH 78 | 6/06/2023 | Photo of the room on the left |
| 79 | 5/25/2023 | EXH 79 | 6/06/2023 | Photo of the room on the left |
| 80 | 5/25/2023 | EXH 80 | 6/06/2023 | Photo of the room on the left |
| 81 | 5/25/2023 | EXH 81 | 6/06/2023 | Photo of the room on the left |
| 82 | 5/25/2023 | EXH 82 | 6/06/2023 | Photo of the room on the left |
| 83 | 5/25/2023 | EXH 83 | 6/06/2023 | Photo of the room on the left |
| 84 | 5/25/2023 | EXH 84 | 6/06/2023 | Photo of the room on the left |
| 85 | 5/25/2023 | EXH 85 | 6/06/2023 | Photo of the room on the left |
| 86 | 5/25/2023 | EXH 86 | 6/06/2023 | Photo of the room on the left |
| 87 | 5/25/2023 | EXH 87 | 6/06/2023 | Photo of the room on the left |
| 88 | 5/25/2023 | EXH 88 | 6/06/2023 | Photo of the room on the left |
| 89 | 5/25/2023 | EXH 89 | 6/06/2023 | Photo of the room on the left |
| 90 | 5/25/2023 | EXH 90 | 6/06/2023 | Photo of the room on the left |
| 91 | 5/25/2023 | EXH 91 | 6/06/2023 | Photo of the room on the left |
| 92 | 5/25/2023 | EXH 92 | 6/06/2023 | Photo of the room on the left |
| 92A | 6/6/2023 | ECH 92A | 6/06/2023 | Print screen image of EXH 92 with witness markings |
| 93 | 5/25/2023 | EXH 93 | 6/06/2023 | Photo of the room on the left |
| 94 | 5/25/2023 | EXH 94 | 6/06/2023 | Photo of the room on the left |
| 95 | 5/25/2023 | EXH 95 | 6/06/2023 | Photo of the room on the left |
| 96 | 5/25/2023 | EXH 96 | 6/06/2023 | Photo of the room on the left |
| 97 | 5/25/2023 | EXH 97 | 6/06/2023 | Photo of the master bedroom |
| 98 | 5/25/2023 | EXH 98 | 5/25/2023 | Photo of the master bedroom |
| 99 | 5/25/2023 | EXH 99 | 6/06/2023 | Photo of the master bedroom |
| 100 | 5/25/2023 | EXH 100 | 6/06/2023 | Photo of the master bedroom |
| 101 | 5/25/2023 | EXH 101 | 6/06/2023 | Photo of the master bedroom |
| 102 | 5/25/2023 | EXH 102 | 6/06/2023 | Photo of the master bedroom |
| 103 | 5/25/2023 | EXH 103 | 6/06/2023 | Photo of the master bedroom |
| 104 | 5/25/2023 | EXH 104 | 6/06/2023 | Photo of the master bedroom |
| 105 | 5/25/2023 | EXH 105 | 6/06/2023 | Photo of the master bedroom |
| 106 | 5/25/2023 | EXH 106 | 6/06/2023 | Photo of the master bedroom |

| 107 | 5/25/2023 | EXH 107 | 6/06/2023 | Photo of the master bedroom |
|---|---|---|---|---|
| 108 | 5/25/2023 | EXH 108 | 6/06/2023 | Photo of the master bedroom |
| 109 | 5/25/2023 | EXH 119 | 6/06/2023 | Photo of the master bedroom |
| 110 | 5/25/2023 | EXH 110 | 6/06/2023 | Photo of the master bedroom |
| 111 | 5/25/2023 | EXH 111 | 6/06/2023 | Photo of the master bedroom |
| 112 | 5/25/2023 | EXH 112 | 6/06/2023 | Photo of the master bedroom |
| 113 | 5/25/2023 | EXH 113 | 6/06/2023 | Photo of the master bedroom |
| 114 | 5/25/2023 | EXH 114 | 6/06/2023 | Photo of the master bedroom |
| 115 | 5/25/2023 | EXH 115 | 5/25/2023 | Photo of the master bedroom |
| 116 | 5/25/2023 | EXH 116 | 6/06/2023 | Photo of the master bedroom |
| 117 | 5/25/2023 | EXH 117 | 6/06/2023 | Photo of the master bedroom |
| 118 | 5/25/2023 | EXH 118 | 6/06/2023 | Photo of the master bedroom |
| 119 | 5/25/2023 | EXH 119 | 6/06/2023 | Photo of the master bedroom closet |
| 120 | 5/25/2023 | EXH 120 | 6/06/2023 | Photo of the master bedroom closet |
| 121 | 5/25/2023 | EXH 121 | 6/06/2023 | Photo of the master bedroom closet |
| 122 | 5/25/2023 | EXH 122 | 6/06/2023 | Photo of the master bedroom closet |
| 123 | 5/25/2023 | EXH 123 | 6/06/2023 | Photo of the master bedroom closet |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |