# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

v.

**CARLOS MANUEL COTTO-CRUZ (1)**

**DEFENDANT'S EXHIBIT LIST**

Case Number:   3:21-CR-00320 (ADC)

| PRESIDING JUDGE | GOVERNMENT'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Bruce J. McGiverin | Corinne Cordero, AUSA | Atty. Francisco Adams |
| **SUPPRESSION HEARING DATE:** May 25, 2023, June 6, 2023, and June 9, 2023 | **COURT REPORTER** DCR/ Courtroom 11 | **COURTROOM DEPUTY** **Beatriz Garratón** **Reina Alvarez** |

| DEF. DOC. NUMBER | DATE OFFERED | MARKED AS | DATE ADMITTED AS AN EXH | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|
| A | 5/25/2023 | EXH A | 5/25/2023 | Photograph outside residence |
| B | 5/25/2023 | EXH B | 5/25/2023 | Photograph outside residence (vehicles) |
| C | 6/09/2023 | EXH C | 6/09/2023 | Photograph inside residence (mattress) |
| D | 6/09/2023 | EXH D | 6/09/2023 | Photograph inside residence (bags and items) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |