



PENGAD 800-631-6989

21-CR-320

ram

DEFENDANT'S
EXHIBIT
C

6/9/23

PENGAD 800-631-6989

EX. C

